Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN DALEY, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAMS & FUDGE, INC., a South Carolina corporation; and DAVID DOE and JANE DOE, individually and the marital community,<br><br>    Defendants. | Case No.: CV-13-155-TOR<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)</u>

  Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through his counsel of record, hereby gives notice that the above-captioned action is voluntarily dismissed against the above-named defendants with prejudice and without costs or attorney fees to either party.

/////

/////

| | |
|---|---|
| NOTICE OF VOLUNTARY DISMISSAL -1 | KIRK D. MILLER P.S.<br>211 E. Sprague Ave.<br>Spokane Washington 99202<br>(509) 413-1494 |

DATED this 6th day of September, 2013.

*Kirk D. Miller, P.S.*

/s Kirk D. Miller
Kirk D. Miller
WSBA #40025
Attorney for Plaintiff

NOTICE OF VOLUNTARY
DISMISSAL  -2

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494